1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GORDON ALLEN WILSON,                        No.  2:20-cv-0591 JAM DB P

12              Petitioner,

13       v.                                      ORDER

14   PATRICK COVELLO,

15              Respondent.

16

17        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of

18   habeas corpus under 28 U.S.C. § 2254.  Attorney Aaron Spolin filed a proposed Substitution of

19   Counsel and has now supported it with a declaration demonstrating that petitioner approves of the

20   substitution.

21        Accordingly, IT IS HEREBY ORDERED that attorney Aaron Spolin is substituted for

22   attorney Hilda Scheib as counsel for petitioner.

23   Dated:  January 7, 2021

24

25

26                                              DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE
27   DLB:9/DLB1/prisoner-habeas/wils0591.sub csl(2)

28

                                            1